IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DEMIKO CHAPMAN,

      Plaintiff,

v.

VIKTOR SERDYUTSKIY, CARROLL
FULMER HOLDING CORPORATION, AND
CARROLL FULMER LOGISTICS
CORPORATION,

      Defendants.

CIVIL ACTION
FILE NO.:

**<u>NOTICE OF REMOVAL</u>**

To the Judges of the United States District Court for the Southern District of Georgia:

1.

On January 10, 2019, Plaintiff Demiko Chapman filed a Complaint styled <u>Demiko Chapman v. Viktor Serdyutskiy, Carroll Fulmer Holding Corporation, and Carroll Fulmer Logistics Corporation,</u> In the Superior Court of Camden County, Georgia, Civil Action No. SUCV2019000040. Defendants attach a copy of the Complaint and Summons as <u>Exhibit 1</u> and Defendants' Answer as <u>Exhibit 2</u>.

2.

Under 28 U.S.C. § 1446, the case has been timely removed within 30 days of the Defendants receiving a copy of the Complaint.

3.

Complete diversity of citizenship exists among Plaintiff and Defendants. Plaintiff is a citizen of Georgia. Carroll Fulmer Holding Corporation and Carroll Fulmer Logistics Corporation are Florida corporations with their principal places of business in the State of Florida. Viktor Serdyutskiy is a citizen of the State of Florida.

5.

Plaintiff alleges several bodily injuries, medical expenses in excess of $69,667.04, and pain and suffering. (Complaint, ¶¶ 12, 18. On April 18, 2018, Plaintiff through counsel demanded $500,000 to settle Plaintiff's claims. Exhibit 3.

6.

The foregoing action is properly removable to this Court pursuant 28 U.S.C. § 1332(a), because there is a complete diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.

Defendants are entitled to remove this case from the Superior Court of Camden County, Georgia to the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and (b). All Defendants consent to the removal of this action.

8.

Defendants give notice of the removal of this action to this Court pursuant to 28 U.S.C. § 1446 and Rule 11 of the Federal Rules of Civil Procedure, within thirty days after service and receipt by these Defendants of a copy other papers from which it may first be ascertained that the case is removable.

DENNIS, CORRY, SMITH & DIXON, LLP

By: */s/ Brent M. Estes*
     BRENT M. ESTES, ESQ.
     Georgia Bar No. 250605
     For the Firm
     Attorneys for Defendants

900 Circle 75 Parkway
Suite 1400
Atlanta, Georgia 30339
(404) 365-0102
bestes@dcplaw.com

## CERTIFICATE OF SERVICE

I electronically filed the **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Seth M. Diamond, Esq.
    Morgan & Morgan
    25 Bull Street, Suite 400
    Savannah, Georgia 31401


This 8th day of February, 2019.


                              By: /s/ Brent M. Estes
                                  BRENT M. ESTES, ESQ.
                                  Georgia Bar No. 250605
                                  For the Firm