EXHIBIT "1"

# SUPERIOR COURT OF CAMDEN COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER  SUCV2019000040

Chapman, Demiko

**PLAINTIFF**

VS.

Serdyutskiy, Viktor
Carroll Fulmer Holding Corporation
Carroll Fulmer Logistics Corporation

**DEFENDANTS**

### SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

    **Seth M Diamond**
    **Morgan and Morgan**
    **25 Bull Street**
    **Suite 400**
    **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of January, 2019.**

    Clerk of Superior Court

    _Joy Lyn Turner_
    Joy Turner, Clerk
    Camden County, Georgia

Lake Servers Process Service
P.O. Box 1021 – Eustis FL
32727

Date Served: 1/22/19
Time Served: 12:18 P
Employee Initials: SI
Lic. No. 0758

Page 1 of 1

17-03-008- ZA-8237

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CAMDEN COUNTY, GEORGIA

**SUCV2019000040**

JAN 10, 2019 12:29 PM

Joy Turner, Clerk
Camden County, Georgia

IN THE SUPERIOR COURT OF CAMDEN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DEMIKO CHAPMAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NUMBER: |
| ) | |
| v. ) | _____ |
| ) | |
| VIKTOR SERDYUTSKIY, ) | |
| CARROLL FULMER HOLDING ) | |
| CORPORATION, and CARROLL ) | **JURY TRIAL DEMANDED** |
| FULMER LOGISTICS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW Plaintiff, Demiko Chapman, and states his Complaint against Defendants Viktor Serdyutskiy, Carroll Fulmer Holding Corporation and Carroll Fulmer Logistics Corporation as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Demiko Chapman is a resident of the state of Georgia.

2.

Defendant Viktor Serdyutskiy was the driver of the tractor trailer involved in the subject collision and is a resident of the State of Florida and is subject to the jurisdiction of this Court pursuant to the Georgia Long Arm Statute, O.C.G.A. § 9-10-91, and may be served by issuing Summons and a second original of this Complaint to him at his address of 510 13th Avenue W., Bradenton, FL 34205.

3.

Defendant Carroll Fulmer Holding Corporation is a Florida Profit Corporation transacting business in the State of Georgia and can be served with process through its registered agent Philip R. Fulmer, 8000 Cherry Lake Road, Groveland, FL 34736. Defendant Carroll Fulmer Holding Corporation is subject to the jurisdiction of this Court pursuant to the Georgia Long Arm Statute, O.C.G.A. § 9-10-91.

4.

Defendant Carroll Fulmer Logistics Corporation is a Florida Profit Corporation transacting business in the State of Georgia and can be served with process through its registered agent Philip R. Fulmer, 8340 American Way, Groveland, FL 34736-5000. Defendant Carroll Fulmer Logistics Corporation is subject to the jurisdiction of this Court pursuant to the Georgia Long Arm Statute, O.C.G.A. § 9-10-91.

5.

Defendants Viktor Serdyutskiy, Carroll Fulmer Holding Corporation and Carroll Fulmer Logistics Corporation are joint tortfeasors and as such, venue as to all Defendants is proper in Camden County, Georgia.

## COUNT I – NEGLIGENCE OF DEFENDANT VIKTOR SERDYUTSKIY

6.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 5 above as if they were fully restated verbatim.

7.

On or about March 7, 2017, at approximately 7:19 p.m., Plaintiff Demiko Chapman was driving a 2008 Dodge Avenger in a prudent and careful manner. Plaintiff stopped to yield to traffic at the I-95 Northbound Exit One ramp in Camden County, Georgia.

8.

On or about the same time and place, Defendant Viktor Serdyutskiy was driving a 2016 Freightliner, owned by Defendant Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation, traveling northbound on the I-95 Northbound Exit One ramp when he negligently, recklessly, carelessly and unlawfully operated said vehicle so as to cause it to collide with the rear of Plaintiff's vehicle.

9.

As a result of the accident, Plaintiff Demiko Chapman suffered multiple injuries.

10.

At all relevant times, Defendant Viktor Serdyutskiy owed certain civil duties to Plaintiff Demiko Chapman. Notwithstanding those duties, Defendant Viktor Serdyutskiy did violate them in the following particulars:

a. In failing to make reasonable and proper observations while driving the 2016 Freightliner; or, if reasonable and proper observations were made, failing to act thereon;

b. In *following too closely* in violation of O.C.G.A. § 40-6-49;

c. In failing to make timely and proper application of his brakes in violation of O.C.G.A. § 40-6-241;

d. In failing to observe or undertake the necessary precautions to keep the 2016 Freightliner from colliding with the Plaintiff's 2008 Dodge Avenger in violation of O.C.G.A. § 40-6-390;

e. In driving the 2016 Freightliner without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

f. In driving the 2016 Freightliner in reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and

g. In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

11.

Defendant Viktor Serdyutskiy's violations of the aforementioned duties of care constitute negligence *per se*.

12.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Viktor Serdyutskiy, Plaintiff Demiko Chapman has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff Demiko Chapman has incurred in excess of **$69,667.04** in past medical expenses.

## COUNT II – NEGLIGENCE OF DEFENDANTS CARROLL FULMER HOLDING CORPORATION AND/OR CARROLL FULMER LOGISTICS CORPORATION

13.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 12 above as if they were fully restated verbatim.

14.

At all relevant times, Defendant Viktor Serdyutskiy was an employee and agent of Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation, and Defendant Viktor Serdyutskiy was driving the 2016 Freightliner within the course and scope of his employment with Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation.

15.

Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation are liable for the acts and omissions of Defendant Viktor Serdyutskiy as Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation's agent and employee at the time of the collision-in-suit, under the theory of *respondeat superior*.

16.

Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation negligently hired, retained, and supervised Defendant Viktor Serdyutskiy.

17.

Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation negligently entrusted the 2016 Freightliner to Defendant Viktor Serdyutskiy when

they knew or should have known that its driver was incompetent or unfit to perform the duties given to the driver by the company.

18.

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendants Carroll Fulmer Holding Corporation and/or Carroll Fulmer Logistics Corporation, Plaintiff Demiko Chapman has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff Demiko Chapman has incurred in excess of **$69,667.04** in past medical expenses.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Demiko Chapman respectfully prays and demands as follows:

a. That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

b. That service be had upon Defendants as provided by law;

c. That Plaintiff have and recover general damages from Defendants, as the jury deems is liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of their injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

d. That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

e. That this matter be tried to a jury;

f. That all costs be cast against the Defendants; and

g. For such other and further relief as this Court deems just and appropriate.

This 10th day of January, 2019.

Seth M. Diamond
Georgia State Bar No. 220393
*Attorney for Plaintiff*

**MORGAN & MORGAN**
25 Bull Street, Suite 400
Savannah, Georgia 31401
T:	(912) 443-1012
F:	(912) 443-1192