IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DEMIKO CHAPMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>VIKTOR SERDYUTSKIY, CARROLL FULMER HOLDINGS CORPORATION, AND CARROLL FULMER LOGISTICS CORPORATION,<br><br>    Defendants. | CIVIL ACTION FILE NUMBER: 2:19-cv-18 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P., Rule 41(a), the parties by and through their respective counsel of record jointly stipulate to the dismissal with prejudice of this action.

| | |
|---|---|
| MORGAN & MORGAN<br><br>By: *s/ Patrick Powell*<br>PATRICK POWELL<br>(by Brent M. Estes with express permission)<br>Georgia Bar No. 180093<br>Attorneys for Plaintiff<br>777 Gloucester Street, Ste. 400<br>Brunswick, Georgia 31520<br>(912) 443-1066<br>ppowell@forthepeople.com | DENNIS, CORRY, SMITH & DIXON, LLP<br><br>By: *s/ Brent M. Estes*<br>BRENT M. ESTES<br>Georgia Bar No. 250605<br>For the Firm<br>Attorneys for Defendants<br>900 Circle 75 Parkway, Suite 1400<br>Atlanta, Georgia 30339<br>(404) 365-0102<br>bestes@dcplaw.com |

1

## **CERTIFICATE OF SERVICE**

I electronically filed **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick Powell, Esq.
MORGAN & MORGAN
777 Gloucester Street, Ste. 400
Brunswick, Georgia 31520

I also mailed by United States Postal Service the document to the following non-CM/ECF participants:

      NONE.

This 4th day of December, 2019.

                                /s/ Brent M. Estes
                                BRENT M. ESTES
                                For the Firm