# In the United States District Court for the Southern District of Georgia
## Brunswick Division

FILED U.S. DISTRICT COURT BRUNSWICK DIV.
2019 DEC -5 AM 10: 29
CLERK
SO. DIST. OF GA

| | |
|---|---|
| DEMIKO CHAPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>VIKTOR SERDYUTSKIY; CARROLL FULMER HOLDING CORPORATION; and CARROLL FULMER LOGISTICS CORPORATION,<br><br>    Defendants. | CV 2:19-018 |

### ORDER

Before the Court is a Stipulation of Dismissal signed by Plaintiff Demiko Chapman and Defendants Viktor Serdyutskiy, Carroll Fulmer Holding Corporation, and Carroll Fulmer Logistics Corporation. Dkt. No. 17. The parties inform the Court that they wish to dismiss this action with prejudice. The stipulation complies with the requirements outlined in Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 5 day of December, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)